

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00191-CV

IN THE MATTER OF S.S.

------------

FROM THE 323RD DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

Appellant S.S. filed a timely notice of appeal from the trial court's judgment but did not file a brief or respond to our September 26, 2012 written inquiry. We therefore abated this appeal and remanded this case to the trial court to determine among other things whether Appellant wanted to continue his appeal. On November 21, 2012, in the hearing held pursuant to our order, Appellant and his mother both testified that they did not wish to appeal the trial court's judgment, and Appellant's appointed counsel stated on the record that he had filed the notice of

---

[1]See Tex. R. App. P. 47.4.

appeal in error. The trial court found that Appellant did not wish to pursue an appeal. Appellant and the State were both represented by counsel at the hearing. We hold that this procedure substantially complies with rule 42.1(a)(1) of the rules of appellate procedure.[2]

No decision of this court having been delivered before we received evidence of Appellant's desire to dismiss his appeal, we dismiss this appeal.[3]

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED: January 31, 2013

---

[2] *See* Tex. R. App. P. 42.1(a)(1) (providing for voluntary dismissal of civil case on appellant's motion); *Maynard v. State*, No. 02-09-00045-CR, 2010 WL 1006295, at *1 (Tex. App.—Fort Worth Mar. 18, 2010, no pet.) (mem. op., not designated for publication) (holding same in criminal case regarding corresponding criminal rule of appellate procedure 42.2(a)).

[3] *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).